United States District Court
Southern District of Texas
**ENTERED**
September 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff/Respondent, § § v. § § MICHAEL LEWIS MILLER, § § Defendant/Petitioner. § | CIVIL ACTION NO. H-22-4270 (CRIMINAL NUMBER H-19-701-02) |

### FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order entered on this date, Civil Action No. H-22-4270 is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 11th day of September, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE